UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ECF CASE No.:1:23-cv

CLASS ACTION COMPLAINT

FRANGIE ESPINAL, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

                          Plaintiffs,

v.

ADDMOTOR TECH,

                          Defendant.

: : : : : : : : : : : : - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The undersigned hereby consent to and agree to extend the defendant's time to interpose an answer 30 days until August 17, 2013.

                                       *Leonard Eli Bronner  /s/*_____
                                          Leonard Eli Bronner (2040)
                                          Attorney for the Defendant

                                          Gottlieb & Associates
                                          By Jeffrey Gottlieb
                                          Attorneys for the Plaintiff
                                          212-228-9795