UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRANGIE ESPINAL, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

         Plaintiffs,

v.

ADDMOTOR TECH,

         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:23-cv-4857

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), FRANGIE ESPINAL, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, ADDMOTOR TECH, with prejudice and without fees and costs.

Dated: New York, New York
       September 29, 2023

                                                          **GOTTLIEB & ASSOCIATES**

                                                          _/s/Michael A. LaBollita, Esq._

                                                   Michael A. LaBollita, Esq., (ML-9985)
                                                          150 East 18th Street, Suite PHR
                                                                  New York, NY 10003
                                                                       Phone: (212) 228-9795
                                                                          Fax: (212) 982-6284
                                                                Michael@Gottlieb.legal

                                                                     _Attorneys for Plaintiffs_

SO ORDERED:

_Jessica Clarke_
_____

JESSICA G. L. CLARKE
United States District Judge

Dated: October 2, 2023
       New York, New York